IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WINFRED MILAM**                                                                                         **PLAINTIFF**

**v.**                                              **4:06CV00012-WRW**

**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## JUDGMENT

In accordance with the Court's Order filed this date, its is Considered, Ordered and Adjudged that the claims of Plaintiff should be, and they are hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 27th day of September, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE